No. 113, Orig. MISSISSIPPI *v.* UNITED STATES. Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is allowed a total of $20,518.71 to be paid equally by the parties. Request of the Special Master to be discharged granted, and Walter P. Armstrong, Jr., is hereby discharged with the thanks of the Court. [For earlier decision herein, see, *e. g., ante*, p. 16.]

No. 89–1821. STEVENS *v.* DEPARTMENT OF THE TREASURY ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 957.] Motion of the Solicitor General to permit Amy L. Wax, Esq., to present oral argument *pro hac vice* granted.

No. 89–1905. WISCONSIN PUBLIC INTERVENOR ET AL. *v.* MORTIER ET AL. Sup. Ct. Wis. [Certiorari granted, *ante*, p. 1045.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 89–7662. COLEMAN *v.* THOMPSON, WARDEN. C. A. 4th Cir. [Certiorari granted, *ante*, p. 937.] Further consideration of motion of petitioner to strike nonrecord material deferred to hearing of case on the merits.

No. 90–18. GILMER *v.* INTERSTATE/JOHNSON LANE CORP. C. A. 4th Cir. [Certiorari granted, *ante*, p. 809.] Motion of respondent for leave to file a supplemental brief after argument granted.

No. 90–50. GREGORY ET AL., JUDGES *v.* ASHCROFT, GOVERNOR OF MISSOURI. C. A. 8th Cir. [Certiorari granted, *ante*, p. 979.] Motion of John W. Keefe for leave to participate in oral argument as *amicus curiae*, for divided argument, and for additional time for oral argument denied.

No. 90–149. MICHIGAN *v.* LUCAS. Ct. App. Mich. [Certiorari granted, *ante*, p. 980.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 90–516. KAMEN *v.* KEMPER FINANCIAL SERVICES, INC., ET AL. C. A. 7th Cir. [Certiorari granted, *ante*, p. 997.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.